UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:22-cv-00388

———

**Corey Lynn Wilcox,**
*Plaintiff,*

v.

**David McEvoy,**
*Defendant.*

———

# ORDER

Plaintiff Corey Lynn Wilcox, proceeding pro se and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love. Thereafter, defendant David McEvoy filed a motion for summary judgment (Doc. 18). On August 1, 2023, Judge Love issued a report and recommendation (Doc. 28), recommending that the motion be granted, and that plaintiff's claims be dismissed with prejudice on grounds of qualified immunity. Plaintiff acknowledged receipt of the report and recommendation. Doc. 30. To date, no objections have been filed and the time period for doing so has passed. When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 28). For the reasons stated in the report, defendant's motion for summary judgment (Doc. 18) is granted. This action is dismissed with prejudice on grounds of qualified immunity.

*So ordered by the court on September 14, 2023.*

J. CAMPBELL BARKER
United States District Judge